**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01736-AGF |
| ) | |
| ERDCC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a motion for permission to appeal in forma pauperis filed by plaintiff Joseph Michael Devon Engel. (Docket No. 10). It appears that plaintiff intended to file the motion in the United States Court of Appeals for the Eighth Circuit, as the Court of Appeals has already directed him to either pay the appellate docketing fee, or to file a pleading in the Court of Appeals explaining why he is eligible to proceed without prepayment of the filing fee. (Docket No. 8). The Court will therefore direct the Clerk of Court to forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to **FORWARD** plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 10) to the United States Court of Appeals for the Eighth Circuit.

2

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal (Docket No. 10) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 8th day of April 2021.

                                                     *Audrey G. Fleissig*
                                                     AUDREY G. FLEISSIG
                                                     UNITED STATES DISTRICT JUDGE

Case: 4:20-cv-01736-AGF   Doc. #:  11   Filed: 04/08/21   Page: 2 of 2 PageID #: 32

2