UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-cv-01736-AGF |
| ERDCC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Joseph Michael Devon Engel for leave to proceed in forma pauperis. Docket No. 13. On January 29, 2021, the Court granted plaintiff leave to proceed in forma pauperis and dismissed his case pursuant to 28 U.S.C. § 1915(e)(2)(B). Docket No. 2; Docket No. 3. The United States Court of Appeals for the Eighth Circuit dismissed plaintiff's appeal on June 10, 2021. The case is closed. Therefore, plaintiff's motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Docket No. 13) is **DENIED AS MOOT**.

Dated this 29th day of June 2021.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE